# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLDO OZUNA HERRERA,<br><br>Petitioner,<br><br>vs.<br><br>S.A. HOLENCIK, Warden,<br><br>Respondent. | Case No. CV 08-3836-RSWL (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Dismissing Petition as Moot filed herewith,

IT IS HEREBY ADJUDGED that the Government's Motion to Dismiss is granted and that the Petition is dismissed as moot.

DATED: 09-03-08

RONALD S.W. LEW
_____
RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE